IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis ONeal Hylton., | No. CV 12-569-TUC-RCC |
| Petitioner, | **ORDER** |
| vs. | |
| R. Brock, et al., | |
| Respondents. | |

On October 15, 2012, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Doc. 11). The Recommendation advised the Court to grant the Petitioner's Motion to Withdraw and to voluntarily dismiss his case (Doc. 6).

The Court considers the Recommendation (Doc. 11) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Pyle. Therefore,

**IT IS HEREBY ORDERED** that the Court **adopts** Magistrate Judge Pyle's Report and Recommendation (Doc. 11).

**IT IS FURTHER ORDERED** that the Plaintiff's Motion to Withdraw and voluntarily dismiss this action is **granted** (Doc. 6). The Clerk of Court shall enter judgment accordingly.

DATED this 27th day of November, 2012.

Raner C. Collins
United States District Judge